```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

GREGORY A. MILTON,                :
                                  :
       Plaintiff                 :    No. 1:13-CV-02673
                                  :
  vs.                             :    (Judge Kane)
                                  :
UNITED STATES BUREAU OF           :
PRISONS, et al.,                  :
                                  :
       Defendants                :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1.   Milton's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

    2.   Defendants' motion to dismiss and/or for summary judgment (Doc. 33) is deemed unopposed and **GRANTED**.

    2.   The Clerk of Court shall **CLOSE** this case.

    3.   Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                               _S/ Yvette Kane_
                                Yvette Kane
                                United States District Judge

Date: December 21, 2015