IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY A. MILTON,** | : | |
| Plaintiff | : | No. 1:13-cv-02673 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **UNITED STATES BUREAU OF** | : | |
| **PRISONS, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 28th day of March 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion for reconsideration (Doc. Nos. 61, 64 at 1) is **GRANTED** as unopposed;

2. Defendants' motion to dismiss and for summary judgment (Doc. 33) is **GRANTED** as set forth below:

    a. Plaintiff's claims against the John and Jane Doe Defendants are **DISMISSED WITH PREJUDICE**;

    b. Plaintiff's claims against the Bureau of Prisons and the individual Defendants in their official capacities are **DISMISSED WITH PREJUDICE**;

    c. Plaintiff's claims against Defendants with respect to June 2011 charges, the July 28, 2011 hearing, and the April 5, 2012 rehearing are **DISMISSED WITHOUT PREJUDICE** pursuant to Heck v. Humphrey;

    d. Plaintiff's claims related to the alleged interference with his mail are **DISMISSED WITHOUT PREJUDICE**;

    e. Plaintiff's claims against Defendants Samuels, Nalley and Norwood are **DISMISSED WITHOUT PREJUDICE** for failure to adequately allege supervisory liability;

    f. Summary judgment is entered against Plaintiff and in favor of Defendants Nye, Johnson, Reeves, and Cerney on Plaintiff's due process claims relating to the January 2011 and March 2011 charges;

    g.    The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff as set forth in subparagraph (f); and

3. Having found that granting leave to file an amended complaint is futile, the above-captioned action shall remain closed.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
