UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY A. MILTON, : | |
| Plaintiff, : | |
| : | No. 1:13-CV-02673 |
| v. : | |
| : | (Judge Kane) |
| UNITED STATES BUREAU OF : | |
| PRISONS, et al., : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 12th day of September 2017, upon consideration of Plaintiff's motion for reconsideration (Doc. No. 69), together with the brief in support thereto (Doc. No. 70), and Defendants' brief in opposition to Plaintiff's motion for reconsideration (Doc. No. 71),

**IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration (Doc. No. 69), is **DENIED**; and

2. This case shall remain **CLOSED**.

    s/Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania